**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

EMANUELE CASSANI,

              Respondent

          v.

OLGA SOFIA KAMIAK,

              Petitioner

: No. 14 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2023, the Petition for Allowance of Appeal and the Application to Correct/Perfect the Petition for Allowance of Appeal are **DENIED**.